JOSHUA P. FRIEDMAN (SBN 216261)
JFRIEDMAN@JPFASSOCIATES.COM
JOSHUA P. FRIEDMAN AND ASSOCIATES, INC.
9903 SANTA MONICA BOULEVARD, SUITE 1108
BEVERLY HILLS, CALIFORNIA  90212
TEL:  310.278.8600        FAX:  310.388.5421

Attorneys for Plaintiff/Judgment Creditor,
Moves Media Ventures, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Moves Media Ventures, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>Branded Management, LLC, et al.,<br><br>              Defendant. | Case No.  2:16-cv-03219<br><br>REQUEST AND ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[Rule 4(c), Fed. R. Civ. P.; Local Rules 19.2 and 19.3]<br><br>[No Hearing Required] |
|---|---|

Plaintiff Moves Media Ventures, LLC, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, request that ABC Legal Support, a registered California process server whose business address is 201 S. Figueroa Street, Suite 100, Los Angeles, CA 90012, be authorized and specially appointed to serve any Writs of Attachment and Writs of Execution and other judgment enforcement items necessary in this action. The U.S. Marshall's Office will remain the Levying Officer.

Submitted by:

Dated:    August 11, 2016          JOSHUA P. FRIEDMAN AND
                                   ASSOCIATES, INC.

                                   By:   /s/ Joshua P. Friedman
                                   Joshua P. Friedman
                                   Attorneys for Judgment Creditor,
                                   Moves Media Ventures, LLC